ACCEPTED
12-15-00025-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/25/2015 11:19:48 AM
CATHY LUSK
CLERK

## CAUSE NO. <u>12-15-00025-CV</u>

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE COURT OF APPEALS |
| THE MARRIAGE OF | § | 12th COURT OF APPEALS |
| | § | TYLER, TEXAS |
| LESLIE SUE FLOYD | § | 2/25/2015 11:19:48 AM |
| AND | § | 12TH JUDICIAL DISTRICT |
| BRADLEY DEAN CODY | § | |
| | § | |
| AND IN THE INTEREST OF | § | |
| BILLY DEAN CODY, A CHILD | § | SMITH COUNTY, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/25/2015 11:19:48 AM
CATHY S. LUSK
Clerk

### MOTION TO DISMISS APPEAL

Now comes Appellant, Leslie Floyd, and respectfully moves this Court to withdraw appellant's notice of appeal and dismiss this appeal, pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure.

Respectfully submitted,

Law Office of Samuel M. Smith P.C.
219 N. Palestine St.
Athens, TX 75751
Tel: (903) 675-5005
Fax: (903) 675-5007
Email: ssmith@samuelsmithlaw.com

By: _____
SAMUEL M. SMITH
State Bar No. 24044042
Attorney for Leslie Sue Floyd

### <u>AFFIDAVIT</u>

**BEFORE ME,** the undersigned authority, on this day personally appeared Samuel M. Smith, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion to Dismiss Appeal and swear that all of the allegations of fact contained therein are true and correct."

SAMUEL M. SMITH

**SUBSCRIBED AND SWORN TO BEFORE ME** on February _____, 2015, to certify which witness my hand and seal of office.

Notary Public State of Texas

MAE WHITE
Notary Public, State of Texas
My Commission Expires
February 15, 2018

**Certificate of Service**

I certify that on February _____, 2015, a true copy of the above and foregoing document was served on the party's lead counsel as follows:

Attorney:      Marianne T. Warren

Address of service:      104 E. Corsicana Street, Athens, Texas 75751

Method of service:      By facsimile number 903-675-8471

Date of service: February _____, 2015.

SAMUEL M. SMITH
Attorney for Appellant